UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANA DOAK,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No.  1:14-cv-3010-FVS<br><br><br>ORDER FOR REMAND |

The parties filed a stipulated motion for remand. (**ECF No. 25**.) After consideration, IT IS ORDERED that the **motion is granted**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to: (1) provide plaintiff with an opportunity to update the record; (2) reevaluate the medical opinion evidence, including medical evidence from Don Andrews, M.D., Margaret Cunningham, Ph.D., and Derrick Conley, MSW, and if warranted, obtain evidence from a medical expert; (3) further evaluate plaintiff's credibility; (4) reassess the maximum residual functional capacity and provide appropriate rationale with specific reference to evidence of record in support of the assessed limitations; and (5) at step five, obtain evidence from a vocational expert to clarify the effect of the assessed limitations on the occupational base.

Page 1    ORDER FOR REMAND

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g). Upon proper presentation, this Court will consider plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

The District Court Executive is directed to file this Order and provide a copy to counsel for plaintiff and defendant. Judgment shall be entered for plaintiff and the file shall be **CLOSED**.

DATED December 3, 2014.

*s/ Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge

Page 2    ORDER FOR REMAND